## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOES, K.H. and J.H.,**                                                              **PLAINTIFFS**
**Individually and as Parents of A.H.**

**v.**                          **CASE NO. 4:25-CV-00837-BSM**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the hearing officer's decision is affirmed and

this case is dismissed.

IT IS SO ORDERED this 10th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE